```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, | : <br> : <br> : |
|  | : CIVIL ACTION NO. 06-3244 (PGS) |
| Plaintiff, | : <br> : |
|  | :           **O R D E R** |
| v. | : <br> : |
| MARK GROSSBARD, et al., | : <br> : |
| Defendants. | : <br> : |

For the reasons stated in the Court's order dated January 23, 2007, in <u>AMGRO, Inc. v. Lincoln General Insurance Company</u>, Civil Action No. 06-472 (MLC), **IT IS** on this    23rd    day of January, 2007 **ORDERED** that this action is **CONSOLIDATED** into <u>AMGRO, Inc. v. Lincoln General Insurance Company</u>, Civil Action No. 06-472 (MLC), and should be marked as **CLOSED**.


                                     s/ Mary L. Cooper
                                  **MARY L. COOPER**
                                  United States District Judge